**Order entered January 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01001-CV

### IN THE INTEREST OF P.G.G. ET AL, MINORS

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF05-03154-R**

## ORDER

The Court has before it appellee's January 18, 2013 second motion for extension of time to file appellee's brief. The Court **GRANTS** the motion in part and **ORDERS** appellee to file her brief by February 26, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/     ELIZABETH LANG-MIERS
JUSTICE